Case 5:23-mj-71555-MAG   Document 7   Filed 10/17/23   Page 1 of 1

AO 467 (Rev. 01/09; CAND version 03/19) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| United States of America | Case No. 23-mj-71555-MAG-1 |
|---|---|
| v. | |
| Joshua Kane Andaya, | Charging District:  Southern District of Texas, Corpus Christi Division |
| Defendants. | Charging District's Case No.: C-23-522-8 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The time and place to appear in that court are as follows:

| Texas Southern District Court  Corpus Christi Division  Place: 1133 North Shoreline Blvd.,  Corpus Christi, TX 78401 | Magistrate Judge Julie Hampton  Third Floor |
|---|---|
| | Date and Time:  October 30, 2023, at 10:30 a.m. |

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited and interest earned thereon in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: 10/16/2023

Nathanael Cousins
United States District Judge

Transfer_No-Custody_CR_AO 467_CSA
rev. 3-19